We would therefore modify the judgment as a matter of discretion in the interest of justice and on the law by reversing those parts convicting defendant of predatory sexual assault against a child under count one of the indictment and sexual abuse in the first degree under count two of the indictment and dismissing those counts of the indictment without prejudice to the People to re-present any appropriate charges under those counts of the indictment to another grand jury. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

JAMES C. KUHN, Respondent, v CAMELOT ASSOCIATION, INC., Appellant. (Appeal No. 1.) [919 NYS2d 446]—

Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

JAMES C. KUHN, Respondent, v CAMELOT ASSOCIATION, INC., Appellant. (Appeal No. 2.) [919 NYS2d 684]—

Memorandum: Plaintiff commenced this Labor Law and